GILLEN & BONEY, a corporation, et al., Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 15778.

United States Court of Appeals Eighth Circuit.

Sept. 13, 1958.

Roger V. Dickeson, for petitioners.

Charles K. Rice, Asst. Atty. Gen., and Nelson P. Rose, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States, 27 T.C. 242, dismissed without taxation of costs in favor of either of parties in this Court, on motion of petitioner and respondent not objecting.

Jack STINNETT

v.

A. Marlo MILLER.

No. 5819.

United States Court of Appeals Tenth Circuit.

July 9, 1958.

Cooney & Morgan, Farmington, N. M., for appellant.

Hannett, Hannett & Cornish, Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Reversed as to costs without written opinion.

Alvera E. MAY, Appellant,

v.

Thomas E. GIPSON.

No. 16001.

United States Court of Appeals Eighth Circuit.

Sept. 17, 1958.

A. C. Holtkamp and William L. Mason, Jr., St. Louis, Mo., for appellant.

Fred B. Whalen, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, and without taxation of costs in favor of either party in this Court, on stipulation of parties.

Oscar JENKINS, Mary Jenkins, Laura B. Jones, Esther Mae Sessomes, and Willie Mae Jenkins, Plaintiffs-Appellants,

v.

ESSO STANDARD OIL CO., Defendant-Appellee.

No. 21, Docket 25023.

United States Court of Appeals Second Circuit.

Argued Oct. 7, 1958.

Decided Oct. 7, 1958.

Bernard Meyerson, Brooklyn, N. Y. (Morris A. Weiss, Brooklyn, N. Y., on the brief), for plaintiffs-appellants.

George S. Pickwick, New York City (Garvey & Conway, New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, MEDINA and LUMBARD, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.